FILE COPY



**CHIEF JUSTICE**
DORI CONTRERAS

**JUSTICES**
GINA M. BENAVIDES
NORA L. LONGORIA
LETICIA HINOJOSA
JAIME TIJERINA
CLARISSA SILVA

**CLERK**
CECILE FOY GSANGER, PRO TEMPORE

# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
COURTHOUSE ANNEX III
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

Wednesday, October 5, 2022

Ms. Ellen Earles
Official Court Reporter
87th District Court
P.O. BOX 3039
Corsicana, TX 75151
***CM/RRR#: 7009 1680 0001 6029 1741***
\* DELIVERED VIA E-MAIL AND CERTIFIED
MAIL/RETURN RECEIPT REQUESTED\*

Re:     Cause No. 13-22-00160-CR; 13-22-00161-CR
        Tr.Ct.No.  14868-A; 14988-A
Style:   Juan Pablo Resendiz v. The State of Texas

Dear Sir/Madam:

    Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

Cecile Foy Gsanger, Pro Tempore, Clerk

Enc.
cc:   Hon. Stan Schwieger (DELIVERED VIA E-MAIL)
      Hon. Roy Defriend (DELIVERED VIA E-MAIL)